683 A.2d 631

**Laraine L. JAMES, Appellee,**

v.

**Charles E. JAMES, Appellant.**

Supreme Court of Pennsylvania.

Submitted July 11, 1996.

Decided Oct. 30, 1996.

William A. Hebe, Wellsboro, for Charles E. James.

T. Max Hall, Williamsport, for Laraine L. James.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 30th day of October, 1996, the appeal in the above-captioned case is hereby DISMISSED as having been improvidently granted.